David J. Duchrow, Bar No. 105617
Jill A. Piano, Bar No. 193980
DUCHROW & PIANO, LLP
2510 Main Street, Suite 205
Santa Monica, California 90405
Telephone:  (310) 452-4900
Facsimile:  (310) 452-4901
Emails: djduchrow@yahoo.com, jillatduchrowlaw@gmail.com

María G. Díaz, SBN 220087
Kirby Fernando Cañon, SBN 276414
**THE DIAZ LAW FIRM**
7045 N. Maple Ave., Suite 107
Fresno, California 93720
Telephone:   (559) 321-8880
Facsimile:   (559) 321-8878
Emails: Maria@mdiazlaw.com, kirby@mdiazlaw.com

Attorneys for **PLAINTIFF**, <u>**CLYDE TILLERY**</u>

Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Kimberly A. Horiuchi, Bar No. 214869
khoriuchi@lcwlegal.com
LIBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave., Suite 310
Fresno, California 93704
Telephone:    559.256.7800
Facsimile:    559.449.4535

Attorneys for <u>**DEFENDANTS, JOHN D. LOLLIS, CITY OF PORTERVILLE, CITY OF PORTERVILLE FIRE DEPARTMENT, MARIO GARCIA and GLENN IRISH**</u>

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLYDE TILLERY**, | CASE No. 1:14-cv-02025-KJM-BAM |
| Plaintiff, | **STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIALITY OF DISCOVERY MATERIALS** |
| v. | |
| **JOHN D. LOLLIS; MARIO GARCIA; CITY OF PORTERVILLE; GLEN IRISH; CITY OF PORTERVILLE FIRE DEPARTMENT**; and **DOES 1 through 20**, inclusive, | Judge: Kimberly J. Mueller, United States, District Court Judge, Sacramento, CA |
| Defendants. | Second Amended Complaint Filed: September 2, 2015<br>Trial Date: February 13, 2017 |

      Having considered the stipulated protective order filed on November 16, 2015, in this action, *Clyde Tillery v. City of Porterville, et al.*, U.S. District Court for the Eastern District, Case No. 1:14-cv-02205-KJM-BAM, the Court adopts the protective order in its entirety subject to the following limitation pursuant to Local Rule 141:

      All parties shall comply with the requirements of Eastern District Local Rule 141 in the event that a party would like Confidential Material to be sealed in court filings. In lieu of seeking a motion to seal, the parties may agree to redact the Confidential Material contemplated by the stipulated protective order.

IT IS SO ORDERED.

Dated: **November 19, 2015**        /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE