**DUCHROW & PIANO, LLP**
David J. Duchrow, C.S.B. No. 105617
Jill A. Piano C.S.B. No. 193930
501 Santa Monica Boulevard, Suite 505
Santa Monica, California 90401-2443
Telephone (310) 395-5511
Facsimile (310) 395-6677

María G. Díaz, SBN 220087
Kirby F. Cañon, SBN 276414
**ALLRED MAROKO GOLDBERG**
6300 Wilshire Blvd., Suite 1500
Los Angeles, CA 90048
Tel No. (323) 653-6530
Fax No. (323) 653-1660

**Attorneys for Plaintiff, CLYDE TILLERY**

Jesse J. Maddox, Bar No. 219091
Kimberly A. Horiuchi, Bar No. 214869
**LIEBERT CASSIDY WHITMORE**
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone: 559.256.7800
Facsimile: 559.449.4535

**Attorneys for Defendants JOHN D. LOLLIS, MARIO GARCIA, GLENN IRISH, CITY OF PORTERVILLE, and CITY OF PORTERVILLE FIRE DEPARTMENT**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLYDE TILLERY**, *an individual*,<br><br>        Plaintiff,<br><br>    vs.<br><br>**JOHN D. LOLLIS**, *in his official capacity*; **CITY OF PORTERVILLE**, *a public entity*; **CITY OF PORTERVILLE FIRE DEPARTMENT**, *a public entity*; **MARIO GARCIA**, *an individual*; **GLENN IRISH**, *an individual*; and **DOES 1-20**<br><br>        Defendants. | Case No.: 1:14-cv-02025-DAD-BAM<br><br>**ORDER RE: THE PARTIES' JOINT STIPULATION AND REQUEST FOR AN EXTENSION OF THE EXPERT WITNESS DISCLOSURE DEADLINES IN THE JANUARY 14, 2016 AMENDED SCHEDULING CONFERENCE ORDER (Doc. #41)**<br><br>Assigned to the Honorable District Court Judge Dale A. Drozd<br><br>**Complaint Filed**: May 28, 2014<br>**Trial Date**: February 14, 2017 |

Having read and considered the parties' stipulation, and good cause having been demonstrated to the satisfaction of the Court:

The disclosure of expert witness deadlines set by the court's January 14, 2016 amended scheduling order (Dkt. No. 41) are hereby changed as follows:

1. Expert Designation Deadline from August 22, 2016 to September 16, 2016;
2. Supplemental Expert Designation from September 12, 2016 to October 7, 2016;
3. Expert Discovery Cut-Off from October 12, 2016 to November 7, 2016.
4. This order does not modify any deadline for timely notice and hearing dispositive motions.  All other dates established by the court's January 14, 2016 amended scheduling order remain unchanged.

IT IS SO ORDERED.

Dated:   **August 17, 2016**                                   _____
                                                                                                 UNITED STATES DISTRICT JUDGE

Page 1
**ORDER RE: THE PARTIES' JOINT STIPULATION AND REQUEST FOR AN EXTENSION OF THE EXPERT WITNESS DISCLOSURE DEADLINES IN THE JANUARY 14, 2016 AMENDED SCHEDULING CONFERENCE ORDER (DKT. #41)**
Case No. 1:14-cv-02025-DAD-BAM