UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE TILLERY,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN D. LOLLIS, CITY OF PORTERVILLE, CITY OF PORTERVILLE FIRE DEPARTMENT, MARIO GARCIA, and GLENN IRISH,<br><br>    Defendants. | No. 1:14-cv-02025-DAD-BAM<br><br>ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS<br><br>(Doc. No. 51) |

Before the court is a request for leave to exceed the page limits for briefs set by the court's amended status order filed on behalf of defendants City of Porterville ("City"), City of Porterville Fire Department ("PFD"), and Glenn Irish. (Doc. No. 51.)  Finding good cause, the court grants relief from the page limitation with respect to briefs related to the anticipated motion for summary judgment to be filed on behalf of these defendants.  Accordingly,

1. Defendants City, PFD, and Irish, collectively, may file an opening brief in support of their motion for summary judgment, not to exceed thirty (30) pages;

2. In response to defendants City, PFD, and Irish's motion, plaintiff may file an opposition brief, not to exceed thirty (30) pages; and

/////

1      3.  All other papers in this case shall be filed in accordance with the page limitations set
2          forth in the amended status order (Doc. No. 41).

IT IS SO ORDERED.

Dated:  **September 1, 2016**                    _____
                                                  UNITED STATES DISTRICT JUDGE