UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE TILLERY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN D. LOLLIS, in his official capacity; CITY OF PORTERVILLE, a public entity; CITY OF PORTERVILLE FIRE DEPARTMENT; a public entity; MARIO GARCIA, an individual; GLENN IRISH, an individual; DOES 1–20,<br><br>　　　　Defendants. | No. 1:14-cv-02025-DAD-BAM<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. Nos. 57, 58, 64) |

　　　　On November 8, 2016, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. No. 64.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case. The pending motions for summary judgment (Doc. No. 57 and 58) are terminated as having been rendered moot by this order.

IT IS SO ORDERED.

　　Dated:　**November 9, 2016**　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE